UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-5465 CAS (JCx) | Date | June 6, 2013 |
|---|---|---|---|
| Title | CATHERINE ALTAMURA, ET AL. V. L'OREAL, USA., INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants | |
| n/a | | n/a | |

**Proceedings:** DEFENDANTS' EX PARTE APPLICATION TO EXCEED PAGE LIMITATION IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

    On May 24, 2013, defendants filed an ex parte application, seeking to file a brief in opposition to plaintiffs' motion for class certification that exceeds the applicable page limit by five pages. Dkt. #92. In response, plaintiffs do not oppose the request, but instead ask the Court to grant them an additional five pages in their reply to defendants' opposition.

    After considering the parties' arguments, the Court GRANTS defendants' request to exceed the page limit by five pages, and also hereby GRANTS plaintiffs leave to file a reply brief exceeding the applicable page limit by five pages.

    IT IS SO ORDERED.

                                                                                                      : 

                                        Initials of Preparer    MS