UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-5465 CAS (JCx); consolidated with CV 11-1067 CAS (JCx) | Date | November 5, 2013 |
|---|---|---|---|
| Title | CATHERINE ALTAMURA, ET AL. V. L'OREAL, USA, INC., ET AL.; Consolidated with JILL GUIDO, ET AL. V. L'OREAL, USA, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR CERTIFICATION OF THE CALIFORNIA CLASS (Dkt. 118, filed November 1, 2013)

The Court is in receipt of plaintiffs' ex parte application for extension of time to file a renewed motion for certification of the California class, filed November 1, 2013, and L'Oreal's response to plaintiffs' ex parte application, filed November 4, 2013. Plaintiffs seek a 60-day extension of the deadline for their renewed motion for class certification. After considering the parties' arguments, plaintiffs' ex parte application is hereby GRANTED. Plaintiff shall have up to and including, January 6, 2014, within which to file their renewed motion for class certification. The parties are admonished that the Court is unlikely to entertain further applications for extension of time.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |